**GLANCY PRONGAY & MURRAY LLP**
Lionel Z. Glancy (#134180)
Robert V. Prongay (#270796)
Lesley F. Portnoy (#304851)
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
Email: rprongay@glancylaw.com

*Attorneys for Plaintiff*
[Additional Counsel On Signature Page.]

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

3226701 CANADA, INC., Individually and on Behalf of All Others Similarly Situated,

Plaintiff,

v.

QUALCOMM, INC., STEVEN M. MOLLENKOPF, DEREK K. ABERLE, GEORGE S. DAVIS, VENKATA S.M. RENDUCHINTALA, and TIM MCDONOUGH,

Defendants.

Case No.: '15CV2678 MMANLS

**CLASS ACTION COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS**

**JURY TRIAL DEMANDED**

Plaintiff 3226701 Canada, Inc. ("Plaintiff"), by and through its attorneys, alleges the following upon information and belief, except as to those allegations concerning Plaintiff, which are alleged upon personal knowledge. Plaintiff's information and belief is based upon, among other things, its counsel's investigation, which includes without limitation: (a) review and analysis of regulatory filings made by Qualcomm Incorporated ("Qualcomm" or the "Company"), with the United States Securities and Exchange Commission ("SEC"); (b) review and analysis of press releases and media reports issued by and disseminated by Qualcomm; and (c) review of other publicly available information concerning Qualcomm.

## NATURE OF THE ACTION AND OVERVIEW

1. This is a class action on behalf of those who purchased or otherwise acquired Qualcomm common stock and call options and/or sold/wrote Qualcomm put options 'between November 6, 2014 and July 22, 2015, inclusive (the "Class Period"), seeking to pursue remedies under the Securities Exchange Act of 1934 (the "Exchange Act").

2. Qualcomm is a global semiconductor company that designs, manufacturers and markets worldwide digital communications products and services. The Company generates revenues from the sale of its microchips to

mobile-phone manufacturers and from its patent portfolio via perpetual license agreements with third-party manufacturers, primarily in China.

3. On January 28, 2015, Qualcomm announced its fiscal first-quarter 2015 results. Although the results met analysts' consensus estimates, the Company *lowered* its fiscal year 2015 revenue outlook to a guidance range of $26.0 billion – $28.0 billion.

4. On this news, shares of Qualcomm fell $7.30 per share, over 10%, to close at $63.69 per share on January 29, 2015.

5. On July 22, 2015, after the markets closed, Qualcomm issued a second press release that reported its third-quarter 2015 results; and, lowered its sales and earnings forecasts due, in part, to weaker-than-expected original equipment manufacturer ("OEM") sales of devices that included the Company's products. Qualcomm explained on the earnings call discussing these results that it had an inventory build-up of chips.

6. On this news, shares of Qualcomm fell $2.41 per share, or 3.75%, to close at $61.78 per share on July 23, 2015, on high trading volume.

7. Throughout the Class Period, Defendants made false and/or misleading statements regarding its business practices and prospects. Specifically, Defendants made false and/or misleading statements and/or failed to disclose: (1) that the Company was experiencing weaker-than-expected OEM sales of devices

that included the Company's products; and (2) that, as a result, the Company's positive statements about its business, operations, and prospects lacked a reasonable basis.

8. As a result of Defendants' wrongful acts and omissions, and the precipitous decline in the market value of the Company's securities, Plaintiff and other Class members have suffered significant losses and damages.

## JURISDICTION AND VENUE

9. The claims asserted herein arise under Sections 10(b) and 20(a) of the Exchange Act (15 U.S.C. §§ 78j(b) and 78t(a)) and Rule 10b-5 promulgated thereunder by the SEC (17 C.F.R. § 240.10b-5).

10. This Court has jurisdiction over the subject matter of this action pursuant to 28 U.S.C. § 1331 and Section 27 of the Exchange Act (15 U.S.C. § 78aa).

11. Venue is proper in this Judicial District pursuant to 28 U.S.C. § 1391(b) and Section 27 of the Exchange Act (15 U.S.C. § 78aa(c)). Substantial acts in furtherance of the alleged fraud or the effects of the fraud have occurred in this Judicial District. Many of the acts charged herein, including the preparation and dissemination of materially false and/or misleading information, occurred in substantial part in this Judicial District. Additionally, Qualcomm's principal executive offices are located within this Judicial District.

12. In connection with the acts, transactions, and conduct alleged herein, Defendants directly and indirectly used the means and instrumentalities of interstate commerce, including the United States mail, interstate telephone communications, and the facilities of a national securities exchange.

## PARTIES

13. ’Plaintiff 3226701 Canada, Inc., as set forth in the accompanying certification, incorporated by reference herein, purchased or otherwise acquired Qualcomm common stock and call options and/or sold/wrote Qualcomm put options during the Class Period, and suffered damages as a result of the federal securities law violations and false and/or misleading statements and/or material omissions alleged herein.

14. Defendant Qualcomm is a corporation organized under the laws of the State of Delaware and maintains its principal executive offices at 5775 Morehouse Drive, San Diego, California. The Company’s common stock is listed on the NASDAQ and trades under the ticker symbol “QCOM.” Founded in 1985, Qualcomm develops, designs, manufactures, and markets worldwide digital communications products and services. The Company’s largest markets are China, South Korea, Taiwan, and the United States.

15. Defendant Steven M. Mollenkopf (“Mollenkopf”) is the Chief Executive Officer (“CEO”) of Qualcomm, which he has served as since March

2014. Mollenkopf has also been a director of the Company since December 2013. During the Class Period, CEO Mollenkopf certified Qualcomm's periodic financial reports filed with the "SEC" and spoke with investors and securities analysts regarding the Company on a regular basis.

16. Defendant George S. Davis ("Davis") is the Chief Financial Officer ("CFO") and Executive Vice President of Qualcomm, which he has served as since March 2013. During the Class Period, CFO Davis certified the Company's periodic financial reports filed with the SEC and spoke to investors and securities analysts regarding the Company on a regular basis.

17. Defendant Derek K. Aberle ("Aberle") is the President of Qualcomm, which he has served as since March 2014. During the Class Period, Defendant Aberle spoke to investors and securities analysts regarding the Company on a regular basis.

18. Defendant Venkata S.M. "Murthy" Renduchintala ("Renduchintala") was, at all relevant times, an Executive Vice President of Qualcomm.

19. Defendant Tim McDonough ("McDonough") is Qualcomm's Vice President of Marketing.

20. Defendants Mollenkopf, Davis, Aberle, Renduchintala and McDonough are collectively referred to hereinafter as the "Individual Defendants." The Individual Defendants, because of their positions with the Company,

possessed the power and authority to control the contents of Qualcomm's reports to the SEC, press releases and presentations to securities analysts, money and portfolio managers and institutional investors, *i.e.*, the market. Each defendant was provided with copies of the Company's reports and press releases alleged herein to be misleading prior to, or shortly after, their issuance and had the ability and opportunity to prevent their issuance or cause them to be corrected. Because of their positions and access to material non-public information available to them, each of these defendants knew that the adverse facts specified herein had not been disclosed to, and were being concealed from, the public, and that the positive representations which were being made were then materially false and/or misleading. The Individual Defendants are liable for the false statements pleaded herein, as those statements were each "group-published" information, the result of the collective actions of the Individual Defendants.

## **SUBSTANTIVE ALLEGATIONS**

### **Background**

21. Qualcomm is a global semiconductor company that designs, manufacturers and markets worldwide digital communications products and services. The Company generates revenues from the sale of its microchips to mobile-phone manufacturers and from its patent portfolio via perpetual license agreements with third-party manufacturers, primarily in China.

22. Qualcomm's Snapdragon product line is a microchip series designed by Qualcomm and sold for use in mobile phones and other devices. Snapdragon's chips are so-called "system-on-a-chip" ("SoC") semiconductors, which integrate each of the components of a computer into a single chip. These components include the central processing unit ("CPU") and software that controls camera, video, and global-positioning-system ("GPS") applications. The technology underlying Snapdragon products was designed to deliver high processing speeds with long-lasting battery life.

23. Qualcomm launched its Snapdragon technology in 2007. Since it was introduced, several smartphone manufacturers, including Samsung, LG Electronics, Inc., and Sony Corp. have used Snapdragon chips in their mobile devices and the chip steadily gained market share.

24. On April 7, 2014, Qualcomm introduced the Snapdragon 810 as part of its next-generation mobile processors for the Snapdragon product line.

25. In that announcement, Qualcomm reported that it would provide the Snapdragon 810 to its customers for sampling in the second half of 2014, and expected it to be available in commercial devices by the first half of 2015.

**Materially False and Misleading**
**<u>Statements Issued During the Class Period</u>**

26. The Class Period begins on November 5, 2014. On that day Qualcomm issued a press release announcing its fourth-quarter and fiscal 2014 financial results. The Company stated in relevant part the following:

> "We are pleased to report another year of record financial performance as our 3G/4G LTE multimode and other advanced technologies continue to enable the growth of wireless data around the world, driven by our broad chipset roadmap," said Steve Mollenkopf, CEO of Qualcomm Incorporated. "We are forecasting continued growth of global 3G/4G device shipments in calendar year 2015, particularly in emerging regions. Our fiscal 2015 outlook reflects continued LTE leadership in our semiconductor business and is tempered by the issues we are facing in China related to our licensing business. Through this time, we remain focused on building our technology leadership in smartphones, while pursuing opportunities to extend our solutions into adjacent areas."
>
> **GAAP Results**
> **Fourth Quarter Fiscal 2014***
>
> • Revenues: 1 $6.69 billion, up 3 percent year-over-year (y-o-y) and down 2 percent sequentially.
>
> • Operating income: 1 $1.99 billion, up 25 percent y-o-y and down 4 percent sequentially.
>
> • Net income: 2 $1.89 billion, up 26 percent y-o-y and down 15 percent sequentially.
>
> • Diluted earnings per share: 2 $1.11, up 29 percent y-o-y and down 15 percent sequentially.
>
> • Effective tax rate: 1 16 percent.

• Operating cash flow: $1.62 billion, down 36 percent y-o-y; 24 percent of revenues.

• Return of capital to stockholders: $1.90 billion, including $1.20 billion through repurchases of 15.6 million shares of common stock and $702 million, or $0.42 per share, of cash dividends paid.

**Fiscal 2014***

• Revenues: $26.49 billion, up 7 percent y-o-y.

• Operating income: $7.55 billion, up 4 percent y-o-y.

• Net income: $7.97 billion, up 16 percent y-o-y.

• Diluted earnings per share: $4.65, up 19 percent y-o-y.

• Effective tax rate: 14 percent.

• Operating cash flow: $8.89 billion, up 1 percent y-o-y; 34 percent of revenues.

• Return of capital to stockholders: $7.13 billion, including $4.55 billion through repurchases of 60.3 million shares of common stock and $2.59 billion, or $1.54 per share, of cash dividends paid.

27. On November 5, 2014, the Company filed its Annual Report with the SEC on Form 10-K for the 2014 fiscal year. The Company's Form 10-K reaffirmed the Company's financial statements and reports announced in the press release.

28. The statements contained in ¶¶26-27 were materially false and/or misleading when made because defendants failed to disclose or indicate the following: (1) 'that the Company was experiencing weaker-than-expected OEM

sales of devices that included the Company's products; and (2) that, as a result, the Company's positive statements about its business, operations, and prospects lacked a reasonable basis.

29. On January 28, 2015, after the market closed, Qualcomm issued a press release announcing its fiscal first-quarter 2015 results. The Company reported revenues of $7.1 billion, and GAAP EPS of $1.17. The Company further stated in relevant part:

> "We delivered a strong quarter, achieving record quarterly revenues and Non-GAAP operating income, and we also are very pleased to have resolved our previously disclosed dispute with a licensee in China," said Steve Mollenkopf, CEO of Qualcomm Incorporated. "Looking ahead, we have lowered our revenue outlook for our semiconductor business for the second half of the fiscal year and lowered our EPS expectations. These changes reflect our revised expectations related to OEM mix, sales to a large customer and heightened competition in China."
>
> ***
>
> We have lowered our outlook for the second half of fiscal 2015 in our semiconductor business, QCT, largely driven by the effects of:
>
> • A shift in share among OEMs at the premium tier, which has reduced our near-term opportunity for sales of our integrated SnapdragonTM processors and has skewed our product mix towards more modem chipsets in this tier;
>
> • Expectations that our Snapdragon 810 processor will not be in the upcoming design cycle of a large customer's flagship device; and
>
> • Heightened competition in China.

30. On this news, shares of Qualcomm fell $7.30 per share, over 10%, to close at $63.69 per share on January 29, 2015, on unusually high trading volume.

31. The statements contained in ¶29 were materially false and/or misleading when made because defendants failed to disclose or indicate the following: ('1) that the Company was experiencing weaker-than-expected OEM sales of devices that included the Company's products; and (2) that, as a result, the Company's positive statements about its business, operations, and prospects lacked a reasonable basis.

32. On April 22, 2015, Qualcomm issued a press release announcing its fiscal second-quarter 2015 results. The Company reported revenues of $6.9 billion, and GAAP EPS of $0.63. The Company further stated in relevant part:

> "We are pleased with our second quarter results, with record licensing revenues and earnings driven by all-time high 3G/4G device shipments reported by our licensees. We continue to see robust global demand for 3G/4G devices, including in China where our licensing business is now better positioned to participate in the rapidly accelerating adoption of our 3G/4G technology," said Steve Mollenkopf, CEO of Qualcomm Incorporated. "While we remain confident in the significant growth opportunities ahead, we are reducing our QCT outlook for fiscal 2015, primarily due to the increased impact of customer share shifts within the premium tier and a decline in our share at a large customer. In addition to our ongoing expense management initiatives, we have initiated a comprehensive review of our cost structure to identify opportunities to improve operating margins while at the same time extending our technology and product leadership positions."

33. On April 22, 2015, the Company filed a quarterly report with the SEC on Form 10-Q for the fiscal second-quarter 2015 results. The Company's Form 10-Q reaffirmed the Company's financial statements and reports announced in the press release.

34. The statements contained in ¶¶32-33 were materially false and/or misleading when made because defendants failed to disclose or indicate the following: '(1) that the Company was experiencing weaker-than-expected OEM sales of devices that included the Company's products; and (2) that, as a result, the Company's positive statements about its business, operations, and prospects lacked a reasonable basis.

**<u>Disclosures at the End of the Class Period</u>**

35. On July 22, 2015, after the markets closed, Qualcomm issued a press release that reported its third-quarter 2015 results. Although the results were in line with expectations, Qualcomm lowered its sales and earnings forecasts due, in part, to weaker-than-expected OEM sales of devices that included the Company's products. Qualcomm explained on the earnings call discussing these results that it had an inventory build-up of chips. The press release stated in relevant part:

> "Our fiscal third quarter revenues, MSM chip shipments and EPS were within prior expectations, and we took a significant step towards our increased capital return commitments through the initiation of a $5 billion accelerated share repurchase as part of our plan to repurchase an additional $10 billion in stock by March 2016," said Steve Mollenkopf, CEO of Qualcomm Incorporated. "During the

> quarter, we also launched a comprehensive review of our cost structure and announced today a Strategic Realignment Plan designed to improve execution, enhance financial performance and drive profitable growth. Importantly, the changes we are announcing today are designed to enable us to right-size our cost structure and reposition Qualcomm for improved financial and operating performance. We will continue to invest to build upon our technology leadership position and capitalize on the significant long-term opportunities before us in order to create sustainable long-term value for stockholders."

36. On this news, shares of Qualcomm fell $2.41 per share, or 3.75%, to close at $61.78 per share on July 23, 2015, on high trading volume.

## **CLASS ACTION ALLEGATIONS**

37. Plaintiff brings this action as a class action pursuant to Federal Rule of Civil Procedure 23(a) and (b)(3) on behalf of a class, consisting of all those who purchased or otherwise acquired Qualcomm' common stock and call options and/or sold/wrote Qualcomm put options between November 6, 2014 and July 22, 2015, inclusive and who were damaged thereby (the "Class"). Excluded from the Class are Defendants, the officers and directors of the Company, at all relevant times, members of their immediate families and their legal representatives, heirs, successors or assigns and any entity in which Defendants have or had a controlling interest.

38. The members of the Class are so numerous that joinder of all members is impracticable. Throughout the Class Period, Qualcomm's securities were actively traded on the Nasdaq Stock Market ("NASDAQ"). While the exact

number of Class members is unknown to Plaintiff at this time and can only be ascertained through appropriate discovery, Plaintiff believes that there are hundreds or thousands of members in the proposed Class. Millions of Qualcomm shares were traded publicly during the Class Period on the NASDAQ. As of November 2, 2015, Qualcomm had approximately 1.5 billion shares of common stock outstanding. Record owners and other members of the Class may be identified from records maintained by Qualcomm or its transfer agent and may be notified of the pendency of this action by mail, using the form of notice similar to that customarily used in securities class actions.

39. Plaintiff's claims are typical of the claims of the members of the Class as all members of the Class are similarly affected by Defendants' wrongful conduct in violation of federal law that is complained of herein.

40. Plaintiff will fairly and adequately protect the interests of the members of the Class and has retained counsel competent and experienced in class and securities litigation.

41. Common questions of law and fact exist as to all members of the Class and predominate over any questions solely affecting individual members of the Class. Among the questions of law and fact common to the Class are:

(a) whether the federal securities laws were violated by Defendants' acts as alleged herein;

(b) whether statements made by Defendants to the investing public during the Class Period omitted and/or misrepresented material facts about the business, operations, and prospects of Qualcomm; and

(c) to what extent the members of the Class have sustained damages and the proper measure of damages.

42. A class action is superior to all other available methods for the fair and efficient adjudication of this controversy since joinder of all members is impracticable. Furthermore, as the damages suffered by individual Class members may be relatively small, the expense and burden of individual litigation makes it impossible for members of the Class to individually redress the wrongs done to them. There will be no difficulty in the management of this action as a class action.

## UNDISCLOSED ADVERSE FACTS

43. The market for Qualcomm's securities was open, well-developed and efficient at all relevant times. As a result of these materially false and/or misleading statements, and/or failures to disclose, Qualcomm's securities traded at artificially inflated prices during the Class Period. Plaintiff and other members of the Class purchased or otherwise acquired Qualcomm's securities relying upon the integrity of the market price of the Company's securities and market information relating to Qualcomm, and have been damaged thereby.

44. During the Class Period, Defendants materially misled the investing public, thereby inflating the price of Qualcomm's securities, by publicly issuing false and/or misleading statements and/or omitting to disclose material facts necessary to make Defendants' statements, as set forth herein, not false and/or misleading. Said statements and omissions were materially false and/or misleading in that they failed to disclose material adverse information and/or misrepresented the truth about Qualcomm's business, operations, and prospects as alleged herein.

45. At all relevant times, the material misrepresentations and omissions particularized in this Complaint directly or proximately caused or were a substantial contributing cause of the damages sustained by Plaintiff and other members of the Class. As described herein, during the Class Period, Defendants made or caused to be made a series of materially false and/or misleading statements about Qualcomm's financial well-being and prospects. These material misstatements and/or omissions had the cause and effect of creating in the market an unrealistically positive assessment of the Company and its financial well-being and prospects, thus causing the Company's securities to be overvalued and artificially inflated at all relevant times. Defendants' materially false and/or misleading statements during the Class Period resulted in Plaintiff and other members of the Class purchasing the Company's securities at artificially inflated prices, thus causing the damages complained of herein.

## LOSS CAUSATION

46. Defendants' wrongful conduct, as alleged herein, directly and proximately caused the economic loss suffered by Plaintiff and the Class.

47. During the Class Period, Plaintiff and the Class purchased Qualcomm's securities at artificially inflated prices and were damaged thereby. The price of the Company's securities significantly declined when the misrepresentations made to the market, and/or the information alleged herein to have been concealed from the market, and/or the effects thereof, were revealed, causing investors' losses.

## SCIENTER ALLEGATIONS

48. As alleged herein, Defendants acted with scienter in that Defendants knew that the public documents and statements issued or disseminated in the name of the Company were materially false and/or misleading; knew that such statements or documents would be issued or disseminated to the investing public; and knowingly and substantially participated or acquiesced in the issuance or dissemination of such statements or documents as primary violations of the federal securities laws. As set forth elsewhere herein in detail, Defendants, by virtue of their receipt of information reflecting the true facts regarding Qualcomm, his/her control over, and/or receipt and/or modification of Qualcomm's allegedly materially misleading misstatements and/or their associations with the Company

which made them privy to confidential proprietary information concerning Qualcomm, participated in the fraudulent scheme alleged herein.

## APPLICABILITY OF PRESUMPTION OF RELIANCE (FRAUD-ON-THE-MARKET DOCTRINE)

49. The market for Qualcomm's securities was open, well-developed and efficient at all relevant times. As a result of the materially false and/or misleading statements and/or failures to disclose, Qualcomm's securities traded at artificially inflated prices during the Class Period. On December 26, 2014, the Company's stock closed at a Class Period high of $75.62 per share. Plaintiff and other members of the Class purchased or otherwise acquired the Company's securities relying upon the integrity of the market price of Qualcomm's securities and market information relating to Qualcomm, and have been damaged thereby.

50. During the Class Period, the artificial inflation of Qualcomm's stock was caused by the material misrepresentations and/or omissions particularized in this Complaint causing the damages sustained by Plaintiff and other members of the Class. As described herein, during the Class Period, Defendants made or caused to be made a series of materially false and/or misleading statements about Qualcomm's business, prospects, and operations. These material misstatements and/or omissions created an unrealistically positive assessment of Qualcomm and its business, operations, and prospects, thus causing the price of the Company's securities to be artificially inflated at all relevant times, and when disclosed,

negatively affected the value of the Company stock. Defendants' materially false and/or misleading statements during the Class Period resulted in Plaintiff and other members of the Class purchasing the Company's securities at such artificially inflated prices, and each of them has been damaged as a result.

51. At all relevant times, the market for Qualcomm's securities was an efficient market for the following reasons, among others:

(a) Qualcomm stock met the requirements for listing, and was listed and actively traded on the NASDAQ, a highly efficient and automated market;

(b) as a regulated issuer, Qualcomm filed periodic public reports with the SEC and/or the NASDAQ;

(c) Qualcomm regularly communicated with public investors *via* established market communication mechanisms, including through regular dissemination of press releases on the national circuits of major newswire services and through other wide-ranging public disclosures, such as communications with the financial press and other similar reporting services; and/or

(d) Qualcomm was followed by securities analysts employed by brokerage firms who wrote reports about the Company, and these reports were distributed to the sales force and certain customers of their respective brokerage

firms. Each of these reports was publicly available and entered the public marketplace.

52. As a result of the foregoing, the market for Qualcomm's securities promptly digested current information regarding Qualcomm from all publicly available sources and reflected such information in Qualcomm's stock price. Under these circumstances, all purchasers of Qualcomm's securities during the Class Period suffered similar injury through their purchase of Qualcomm's securities at artificially inflated prices and a presumption of reliance applies.

## NO SAFE HARBOR

53. The statutory safe harbor provided for forward-looking statements under certain circumstances does not apply to any of the allegedly false statements pleaded in this Complaint. The statements alleged to be false and misleading herein all relate to then-existing facts and conditions. In addition, to the extent certain of the statements alleged to be false may be characterized as forward looking, they were not identified as "forward-looking statements" when made and there were no meaningful cautionary statements identifying important factors that could cause actual results to differ materially from those in the purportedly forward-looking statements. In the alternative, to the extent that the statutory safe harbor is determined to apply to any forward-looking statements pleaded herein, Defendants are liable for those false forward-looking statements because at the time each of

those forward-looking statements was made, the speaker had actual knowledge that the forward-looking statement was materially false or misleading, and/or the forward-looking statement was authorized or approved by an executive officer of Qualcomm who knew that the statement was false when made.

**FIRST CLAIM**
**Violation of Section 10(b) of**
**The Exchange Act and Rule 10b-5**
**Promulgated Thereunder Against All Defendants**

54. Plaintiff repeats and realleges each and every allegation contained above as if fully set forth herein.

55. During the Class Period, Defendants carried out a plan, scheme and course of conduct which was intended to and, throughout the Class Period, did: (i) deceive the investing public, including Plaintiff and other Class members, as alleged herein; and (ii) cause Plaintiff and other members of the Class to purchase Qualcomm's securities at artificially inflated prices. In furtherance of this unlawful scheme, plan and course of conduct, defendants, and each of them, took the actions set forth herein.

56. Defendants (i) employed devices, schemes, and artifices to defraud; (ii) made untrue statements of material fact and/or omitted to state material facts necessary to make the statements not misleading; and (iii) engaged in acts, practices, and a course of business which operated as a fraud and deceit upon the purchasers of the Company's securities in an effort to maintain artificially high

market prices for Qualcomm's securities in violation of Section 10(b) of the Exchange Act and Rule 10b-5. All Defendants are sued either as primary participants in the wrongful and illegal conduct charged herein or as controlling persons as alleged below.

57. Defendants, individually and in concert, directly and indirectly, by the use, means or instrumentalities of interstate commerce and/or of the mails, engaged and participated in a continuous course of conduct to conceal adverse material information about Qualcomm's financial well-being and prospects, as specified herein.

58. These defendants employed devices, schemes and artifices to defraud, while in possession of material adverse non-public information and engaged in acts, practices, and a course of conduct as alleged herein in an effort to assure investors of Qualcomm's value and performance and continued substantial growth, which included the making of, or the participation in the making of, untrue statements of material facts and/or omitting to state material facts necessary in order to make the statements made about Qualcomm and its business operations and future prospects in light of the circumstances under which they were made, not misleading, as set forth more particularly herein, and engaged in transactions, practices and a course of business which operated as a fraud and deceit upon the purchasers of the Company's securities during the Class Period.

59. Each of the Individual Defendants' primary liability, and controlling person liability, arises from the following facts: (i) the Individual Defendants were high-level executives and/or directors at the Company during the Class Period and members of the Company's management team or had control thereof; (ii) each of these defendants, by virtue of their responsibilities and activities as a senior officer and/or director of the Company, was privy to and participated in the creation, development and reporting of the Company's internal budgets, plans, projections and/or reports; (iii) each of these defendants enjoyed significant personal contact and familiarity with the other defendants and was advised of, and had access to, other members of the Company's management team, internal reports and other data and information about the Company's finances, operations, and sales at all relevant times; and (iv) each of these defendants was aware of the Company's dissemination of information to the investing public which they knew and/or recklessly disregarded was materially false and misleading.

60. The defendants had actual knowledge of the misrepresentations and/or omissions of material facts set forth herein, or acted with reckless disregard for the truth in that they failed to ascertain and to disclose such facts, even though such facts were available to them. Such defendants' material misrepresentations and/or omissions were done knowingly or recklessly and for the purpose and effect of concealing Qualcomm's financial well-being and prospects from the investing

public and supporting the artificially inflated price of its securities. As demonstrated by Defendants' overstatements and/or misstatements of the Company's business, operations, financial well-being, and prospects throughout the Class Period, Defendants, if they did not have actual knowledge of the misrepresentations and/or omissions alleged, were reckless in failing to obtain such knowledge by deliberately refraining from taking those steps necessary to discover whether those statements were false or misleading.

61. As a result of the dissemination of the materially false and/or misleading information and/or failure to disclose material facts, as set forth above, the market price of Qualcomm's securities was artificially inflated during the Class Period. In ignorance of the fact that market prices of the Company's securities were artificially inflated, and relying directly or indirectly on the false and misleading statements made by Defendants, or upon the integrity of the market in which the securities trades, and/or in the absence of material adverse information that was known to or recklessly disregarded by Defendants, but not disclosed in public statements by Defendants during the Class Period, Plaintiff and the other members of the Class acquired Qualcomm's securities during the Class Period at artificially high prices and were damaged thereby.

62. At the time of said misrepresentations and/or omissions, Plaintiff and other members of the Class were ignorant of their falsity, and believed them to be

true. Had Plaintiff and the other members of the Class and the marketplace known the truth regarding the problems that Qualcomm was experiencing, which were not disclosed by Defendants, Plaintiff and other members of the Class would not have purchased or otherwise acquired their Qualcomm securities, or, if they had acquired such securities during the Class Period, they would not have done so at the artificially inflated prices which they paid.

63. By virtue of the foregoing, Defendants have violated Section 10(b) of the Exchange Act and Rule 10b-5 promulgated thereunder.

64. As a direct and proximate result of Defendants' wrongful conduct, Plaintiff and the other members of the Class suffered damages in connection with their respective purchases and sales of the Company's securities during the Class Period.

## SECOND CLAIM
## Violation of Section 20(a) of The Exchange Act Against the Individual Defendants

65. Plaintiff repeats and realleges each and every allegation contained above as if fully set forth herein.

66. The Individual Defendants acted as controlling persons of Qualcomm within the meaning of Section 20(a) of the Exchange Act as alleged herein. By virtue of their high-level positions, and their ownership and contractual rights, participation in and/or awareness of the Company's operations and/or intimate

knowledge of the false financial statements filed by the Company with the SEC and disseminated to the investing public, the Individual Defendants had the power to influence and control and did influence and control, directly or indirectly, the decision-making of the Company, including the content and dissemination of the various statements which Plaintiff contends are false and misleading. The Individual Defendants were provided with or had unlimited access to copies of the Company's reports, press releases, public filings and other statements alleged by Plaintiff to be misleading prior to and/or shortly after these statements were issued and had the ability to prevent the issuance of the statements or cause the statements to be corrected.

67. In particular, each of these Defendants had direct and supervisory involvement in the day-to-day operations of the Company and, therefore, is presumed to have had the power to control or influence the particular transactions giving rise to the securities violations as alleged herein, and exercised the same.

68. As set forth above, Qualcomm and the Individual Defendants each violated Section 10(b) and Rule 10b-5 by their acts and/or omissions as alleged in this Complaint. By virtue of their positions as controlling persons, the Individual Defendants are liable pursuant to Section 20(a) of the Exchange Act. As a direct and proximate result of Defendants' wrongful conduct, Plaintiff and other

members of the Class suffered damages in connection with their purchases of the Company's securities during the Class Period.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff prays for relief and judgment, as follows:

(a) determining that this action is a proper class action under Rule 23 of the Federal Rules of Civil Procedure;

(b) awarding compensatory damages in favor of Plaintiff and the other Class members against all defendants, jointly and severally, for all damages sustained as a result of Defendants' wrongdoing, in an amount to be proven at trial, including interest thereon;

(c) awarding Plaintiff and the Class their reasonable costs and expenses incurred in this action, including counsel fees and expert fees; and

(d) such other and further relief as the Court may deem just and proper.

**JURY TRIAL DEMANDED**

Plaintiff hereby demands a trial by jury.

///

///

///

///

Dated: November 30, 2015

**GLANCY PRONGAY & MURRAY LLP**

By: *s/ Robert V. Prongay*

Lionel Z. Glancy
Robert V. Prongay
Lesley F. Portnoy
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
Email: rprongay@glancylaw.com

**LAW OFFICES OF HOWARD G. SMITH**
Howard G. Smith
3070 Bristol Pike, Suite 112
Bensalem, PA 19020
Telephone: (215) 638-4847
Facsimile: (215) 638-4867

*Attorneys for Plaintiff*

**SWORN CERTIFICATION OF PLAINTIFF**

Qualcomm, Inc., **SECURITIES LITIGATION**

I, Joel Budovitch, as sole shareholder of 3226701 Canada, Inc., certify:

1. I have reviewed the complaint and authorized its filing.

2. I did not purchase Qualcomm, Inc., the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in any private action arising under this title.

3. I am willing to serve as a representative party on behalf of a class and will testify at deposition and trial, if necessary.

4. My transactions in Qualcomm, Inc., during the class period set forth in the Complaint are as follows:

   See Attached Transactions

5. I have not served as a representative party on behalf of a class under this title during the last three years except as stated:

6. I will not accept any payment for serving as a representative party, except to receive my pro rata share of any recovery or as ordered or approved by the court including the award to a representative plaintiff of reasonable costs and expenses (including lost wages) directly relating to the representation of the class.

___ Check here if you are a current employee or former employee of the defendant Company.

I declare under penalty of perjury that the foregoing are true and correct statements.

Dated: November 26, 2015 ______________

Joel Budovitch

(Please Sign Your Name Above)

**3226701 Canada, Inc.'s Transactions in Qualcomm, Inc (QCOM)**

| Date | Transaction Type | Contract Type | Expiration | Strike Price | Quantity | Price |
|---|---|---|---|---|---|---|
| 8/1/2014 | SOLD | PUT | 15-Jan-16 | $40.00 | 176 | $0.50 |
| 6/9/2015 | SOLD | PUT | 20-Jan-17 | $35.00 | 100 | $0.70 |
| 6/11/2015 | SOLD | PUT | 20-Jan-17 | $35.00 | 76 | $0.70 |