# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 3226701 CANADA, INC.,<br><br>                           Plaintiff,<br><br>v.<br><br>QUALCOMM, INC.; STEVEN M. MOLLENKOPF; DEREK K. ABERLE; GEORGE S. DAVIS; VENKATA S.M. RENDUCHINTALA; and TIM MCDONOUGH,<br><br>                           Defendants. | Case No.: 15cv2678-MMA (WVG)<br><br>**ORDER GRANTING PUBLIC EMPLOYEES RETIREMENT SYSTEM OF MISSISSIPPI'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL**<br><br>[Doc. No. 5] |

On November 30, 2015, Plaintiff 3226701 Canada, Inc. filed this putative securities fraud class action against Defendant Qualcomm, Inc. and various directors, officers, and/or employees of Defendant Qualcomm, Inc. (collectively, "Defendants"). The Public Employees Retirement System of Mississippi ("Mississippi") moves for appointment as lead plaintiff and for approval of its selection of lead class counsel pursuant to 15 U.S.C. § 78u-4. [Doc. No. 5.]

The Court finds Mississippi satisfies the requirements of § 78u-4. Specifically, Mississippi has raised a rebuttable presumption that it is the most adequate plaintiff by filing this motion, and preliminarily showing it has the largest financial interest and otherwise satisfies the requirements of Federal Rule of Civil Procedure 23. *See* § 78u-4(a)(3)(B). Also, Mississippi has submitted a sworn certification in compliance with § 78u-4(a)(2). Mississippi's motion is unopposed. Accordingly, the Court **GRANTS**

Mississippi's motion and **ORDERS**:

1. Pursuant to 15 U.S.C. § 78u-4(a)(3)(B), the Mississippi is appointed to serve as Lead Plaintiff in the above-captioned action and all related actions subsequently filed in or transferred to this Court.

2. The Lead Plaintiff's selection of Kessler Topaz Meltzer & Check, LLP and Labaton Sucharow LLP as Co-Lead Counsel for the class is approved pursuant to 15 U.S.C. § 78u-4(a)(3)(B)(v). Co-Lead Counsel shall have the authority to speak for all Plaintiffs and class members in all matters regarding the litigation, including, but not limited to, pre-trial proceedings, motion practice, trial, and settlement. Additionally, Co-Lead Counsel shall have the following responsibilities:

   a) to brief and argue motions;
   b) to initiate and conduct discovery, including, but not limited to, coordination of discovery with Defendants' counsel, and the preparation of written interrogatories, requests for admissions, and requests for production of documents;
   c) to direct and coordinate the examination of witnesses in depositions;
   d) to act as spokesperson at pretrial conferences;
   e) to initiate and conduct any settlement negotiations with Defendants' counsel;
   f) to consult with and employ experts; and
   g) to perform such other duties as may be expressly authorized by further order of this Court.

3. Johnson & Weaver, LLP is appointed as Liaison Counsel for the class.

**IT IS SO ORDERED.**

Dated: February 19, 2016

Hon. Michael M. Anello
United States District Judge