# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

3226701 Canada, Inc. Individually and on Behalf of All Others Similarly Situated; Public Employees Retirement System of Mississippi

**Plaintiff,**

**V.**

Qualcomm, Inc.; Steven M. Mollenkopf; George S. Davis ;

**Defendant.**

**Civil Action No.** 15-cv-2678-MMA-WVG

**JUDGMENT IN A CIVIL CASE**

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court GRANTS the parties' joint motion and DISMISSES all remaining claims with prejudice. The Clerk of Court is instructed to enter judgment for Defendants and close this case.

**Date:** 11/29/17

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By: s/ A. Corsello

A. Corsello, Deputy